**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

UNITED STATES OF AMERICA,    )
                                          )
            Plaintiff,         )
                                          )
     v.                      )       No. 20 CR 330
                                          )
DENNIS GERMAN,            )
                                          )       Judge Matthew F. Kennelly
            Defendant.      )

**DEFENSE COUNSEL'S REQUEST TO WITHDRAW**

Counsel for the defendant, attorney Steven Greenberg, seeks leave to withdraw in this matter. In support, he states the following:

1. Attorney Greenberg was retained as counsel for Mr. German when Mr. German was first charged in state court. Counsel continued to represent Mr. German when he was indicted federally for most of the same charges.

2. A fundamental difference of opinion exists between counsel and Mr. German that makes continued representation impossible. The differences have been discussed with Mr. German and they remain.

3. At this point counsel does not believe that he can continue to represent Mr. German, and accordingly counsel seeks to withdraw.

4. A copy of this Motion has been mailed to Mr. German at the Jerome Combs Detention Center.

2

WHEREFORE, counsel respectfully requests that he be allowed to withdraw.

Respectfully submitted,
Dennis German, Defendant

By:     _/s/ Steve Greenberg_
One of Defendant's Attorneys

Steven A. Greenberg
Greenberg Trial Lawyers
53 W. Jackson, Suite 1260
Chicago IL, 60604
312-879-9500
Steve@GreenbergCD.com

2